UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:24-CR-00096 |
| | ) | |
| v. | ) | (Judge Wilson) |
| | ) | |
| DURANTE KING-MCLEAN | ) | |

## MOTION FOR THE COURT TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

**NOW COMES** William A. Behe, Assistant United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **DURANTE KING-MCLEAN,** with violations of 18 U.S.C. § 933(a)(1), (a)(3) and (b), 18 U.S.C. § 922(g)(5), 18 U.S.C. § 554 and 2, 18 U.S.C. § 922(o), 18 U.S.C. 922(k) and 18 U.S.C. 922(j).

2. That the said **DURANTE KING-MCLEAN,** is now in the custody of the Warden of **FRANKLIN COUNTY PRISON, CHAMBERSBURG, PA.**

**WHEREFORE**, on behalf of the United States of America, the said William A. Behe, Assistant United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **DURANTE KING-MCLEAN,** before the United States District Court for the Middle District of Pennsylvania at the Sylvia Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania _____, 2024 at _____ **a.m./p.m.** for an Initial Appearance / Arraignment.

 /s/William A. Behe
WILLIAM A. BEHE
Assistant U.S. Attorney
Sylvia Rambo United States Courthouse
1501 North 6th Street, Box 202
Harrisburg, PA 17102
Date: April 23, 2024     Phone: (717) 221-4482
Fax: (717) 221-4493
william.behe@usdoj.gov