IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:24-CR-00096 |
| v. | : |
| DURANTE KING-MCLEAN, Defendant. | : |

## PLEA

AND NOW, this  13th  day of May 2024, the within named defendant, hereby enters a plea of  Not Guilty  to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)