IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:24-CR-00096 |
| | : |
| v. | : |
| DURANTE KING-MCLEAN,<br>Defendant. | : |

### ORDER

The defendant having appeared before the undersigned on **May 13, 2024,** and having tendered a plea of not guilty, **IT IS ORDERED** that the jury selection and trial date for the defendant is scheduled for **9:30 a.m. July 1, 2024**, in Courtroom No. 8A, Eighth Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania. Trial will commence following jury selection or following previously scheduled criminal trials. An additional scheduling order will be entered by the District Court.

Date: May 13, 2024

*S/ Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge