AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>DURANTE KING-MCLEAN<br><br>_Defendant_ | Case No. 1:24-CR-0096 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  **Durante King-McLean**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Traffick Firearms.

'24 APR 11 12:38
SEC'D USMS M/PA HBG

Date: 04/10/2024                                            s/Anita A. Arledge
                                                            _Issuing officer's signature_

City and state:  Harrisburg, PA                             Anita A. Arledge, deputy clerk
                                                            _Printed name and title_

---

**Return**

This warrant was received on _(date)_ 04/10/2024, and the person was arrested on _(date)_ 05/13/2024
at _(city and state)_ FRANKLIN PRISON.

Date: 05/13/2024

FILED
HARRISBURG, PA
MAY 14 2024
PER _[signature]_
DEPUTY CLERK

_[signature]_
_Arresting officer's signature_

Michael O'Donnell, SA
_Printed name and title_