# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 1:24-CR-00096 |
| | : |
| v. | : |
| | : |
| DURANTE KING-MCLEAN and JALISA EDWARDS | : Judge Jennifer P. Wilson |

## TRIAL CONTINUANCE ORDER

**AND NOW**, this 12th day of August, 2024, upon consideration of Defendants unopposed motion to continue trial, Doc. 43, noting the Government's concurrence, **IT IS ORDERED THAT** Defendant's motion, Doc. 43, is **GRANTED**. Pretrial motions shall be filed by **October 14, 2024**. Jury selection and trial in the above-captioned action scheduled for July 1, 2024, are **CONTINUED** to **November 4, 2024, at 9:30 a.m.**, in Courtroom 8A, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania. The court specifically finds that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant in a speedy trial. It has been represented to the court that additional time is required for plea negotiations. The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this Order.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania