# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :    Crim. No. 1:24-CR-00096

         : 

         v.         :

DURANTE KING-MCLEAN      :    Judge Jennifer P. Wilson

## MOTION TO WITHDRAW PLEA

**AND NOW**, on this 14th day of May, 2025, the defendant in the above captioned case, in open court, moves to be permitted to withdraw his plea of **NOT GUILTY** and to enter a plea of **GUILTY** to count ___1___ of the Indictment.

_____
Defendant

_____
Counsel

## ORDER

**AND NOW**, on this 14th day of May, 2025, it is ordered that the motion is **GRANTED**.

**FILED**
HARRISBURG, PA

MAY 1 4 2025

PER_____
DEPUTY CLERK

_____
Jennifer P. Wilson
United States District Judge

## PLEA

**AND NOW**, on this 14th day of May, 2025, the defendant, **DURANTE KING-MCLEAN**, in open court enters his plea of **GUILTY** to count ___1___ of the Indictment.

_____
Defendant

_____
Counsel